IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT BRADY                                                                                   PLAINTIFF

v.                                         CASE No. 6:14-cv-6146

SHANE DEMPSEY                                                                               DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 73). The parties state that Plaintiff's claims have been fully settled and compromised by the parties. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 29th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge